

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00673-CV

Veronica **ALVARADO**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07025
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The clerk's record was due September 28, 2018, but was not filed. On October 1, 2018, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We **ORDER** appellant to provide written proof to this court **on or before October 15, 2018** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* R. 37.3(b).

In addition, the reporter's was September 28, 2018, but was not filed. Moreover, the reporter has not filed a notification of law record. Accordingly, we **ORDER** court reporter Amy Hinds to file the reporter's record in this court **on or before October 15, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court